IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

AYLIN TAYLOR,

      Appellant,

v.

THE BANK OF NEW YORK
MELLON, F/K/A THE BANK
OF NEW YORK, AS TRUSTEE
FOR THE
CERTIFICATEHOLDERS OF
CWABS, INC., ASSET-
BACKED CERTIFICATES,
SERIES 2006-6, KESIENA
TONY EBURU, ET AL.,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2897

_____/

Opinion filed January 21, 2015.

An appeal from the Circuit Court for Duval County.
A. C. Soud, Jr., Judge.

Aylin Taylor, pro se, Appellant.

Kimberly Hopkins of Shapiro, Fishman & Gache, LLP, Tampa, for Appellee.


PER CURIAM.

      AFFIRMED.

THOMAS, ROWE, and OSTERHAUS, JJ., CONCUR.